# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER: <br><br> JUAN J HERNANDEZ AGOSTO <br><br> Debtor(s) <br><br><br> FIRSTBANK PUERTO RICO <br> Movant | CASE NO.: 14-09225 [ESL] <br><br> **CHAPTER 13** <br><br> (X) An action against the State under Title 11 USC §1307(c) (1) and §1307(c) (6), Title 11 USC §1326 |

## MOTION TO DISMISS

TO THE HONORABLE COURT:

Comes now Movant, **FIRSTBANK PUERTO RICO**, through its undersigning attorney, and very respectfully ALLEGES, STATES and PRAYS:

1. This Honorable Court have jurisdiction under Title 28 USC §1334, and venue under Title 28 USC §1408, and particularly regarding this matter under Title 11 USC §1307(c) (1), (4) and (6), on Conversions and Dismissals, and Title 11 USC §1326, on Payments.

2. Debtor filed a bankruptcy case under chapter 13 back on November 6, 2014. See, Bkcy Dck no 1

3. MOVANT, standing to address this court is ascertained as filed an unsecured proof of claim, on a personal security loan deficiency, with an outstanding debt of $4,856.96, under account no 0013. See, Clm Reg. 2.

4. As of to May 31, 2018 debtor(s) already appear to have the following installments owed to the chapter 13 Trustee: $400.00, for TWO (2) months in arrears, and remains in arrears for TWO (2) post- petitions as of to July 30, 2018. See, Attachment A and B.

5. Under the terms of the confirmed plan dated June 29, 2015 debtor(s) should have started to make continues payments since December 6, 2014, and as evidenced herein, the debtor(s) have failed to do so. See, Bkcy Dck no 1 and 49.

6. Pursuant to the Service Members Civil Relief Act: - the data banks of the Department of the Defense Manpower Data Center confirmed that the debtor(s) is (are) not member(s) of the Uniformed Services (US Armed Forces, Navy, Marine Corps, Air Force, NOAA, Public Health, and Cost Guard.) See, Attachment C.

Case no. 14-09225 [ESL]  2
FIRSTBANK Puerto Rico
Page 2 of 3

For the reasons stated above, MOVANT respectfully request from this Court to enter an order dismissing the present case pursuant Title 11 USC §1307(c)(1) on ~~Unreasonable delay by debtor that is prejudicial to Creditors, (5) denial of confirmation of a plan under 1325 of this title and denial of a request made for additional time for filing another plan or a modification of a plan,~~ 11 USC §1326 (a) (1) *Unless the court orders otherwise, the debtor shall commence making the payments proposed by a plan within 30 days after the plan is filed, payments not later than 30 days after the date of the filing of the plan or the order for relief, whichever is earlier,* and (6) on *Material default by the debtor with respect to a term of a confirmed plan,* and ~~Title 11 USC §1324 (b) on hearing of confirmation that shall to be held not earlier than 20 days and not later than 45 days after the date of the meeting of creditors under section 341 (a)~~.

*The aforementioned request of dismissal is based on congressional intent to prevent bankruptcy abuse*

## NOTICE

Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this motion has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, this motion will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.
Puerto Rico Local Bankruptcy Rule 9013-1(h)

In San Juan, Puerto Rico, on August 1, 2018

## CERTIFICATE OF SERVICE

**I hereby certify** that a copy was served by CM/ECF at the authorized address: - to all creditors, - to Atty. Alejandro Oliveras // Atty. José Carrión Morales, as Chapter 13 Trustee, and - to the attorney of the debtor(s) ROBERTO FIGUEROA CARRASQUILLO, and to debtor(s) by regular mail at the address on record, JUAN J HERNANDEZ AGOSTO, at URB BONEVILLE HEIGHT, 87 CAYEY ST., CAGUAS, PUERTO RICO 00727.

BY: /s/ María M. Benabe Rivera
María M. Benabe Rivera
Attorney for Movant - US - DC 208906
Maricarmen Colón Díaz – US – DC 211410
FIRSTBANK Puerto Rico
Centro de Servicios al Consumidor – Código 248
1130 Muñoz Rivera Ave., Rio Piedras, P R
PO Box 9146, San Juan, PR 00908-0146
maria.benabe@firstbankpr.com
(787)729-8135 / (787)729-8276 /  [Rev.10/2017]

# FIRSTBANK

## Analysis Sheet to Determine Arrears to Trustee

| | |
|---|---|
| **In Re** | : JUAN HERNANDEZ AGOSTO |
| **Case Number** | : 14-09225 ESL / AOR |
| **Account Number** | : 0013 (DEF. / AUTO) |
| **Date of File** | : 11/06/14 |
| **Amount of Proof of Claim** | : 4,856.96 |
| **Plan** | : 500 X 4 (2,000) 200 X 1 (200) 0 X 1 (0) 200 X 54 (10,800) |
| **Monthly Payment of** | : 200.00 |
| **Pass term** | : 42 |
| **Total paid in to plan** | : 9,000.00 |
| **Should have paid in** | : 9,400.00 |
| **Amount in Arrears** | : 400.00 (2 ARREARS) |
| **Printed on** | : 05/31/2018 |
| **Prepared by** | : Sara Lacén |

Attachment A

**PRINT INQUIRY** — Close Window — Click Here to Print this Page

**14-09225-ESL** — JUAN JOSE HERNANDEZ AGOSTO

Trustee: ALEJANDRO OLIVERAS RIVERA
Attorney: ROBERTO FIGUEROA CARRASQUILLO*

$200.00 MO — Bar Date(s): 3/17/2015 (has passed) 5/5/2015 (has passed)
Confirmed: 7/20/2015
Case Status: ACTIVE-INT 2 AUDIT

### Debtor Pay Schedules

| Start Date | Number Periods | Amount | How Often | Who's Paying | Order Date | Action |
|---|---|---|---|---|---|---|
| 12/6/2014 | 4.00 | $500.00 | MONTHLY | JUAN JOSE HERNANDEZ AGOSTO | 11/13/2014 | |
| 4/6/2015 | 1.00 | $200.00 | MONTHLY | JUAN JOSE HERNANDEZ AGOSTO | 7/2/2015 | |
| 5/6/2015 | 1.00 | $0.00 | MONTHLY | JUAN JOSE HERNANDEZ AGOSTO | 7/2/2015 | |
| 6/6/2015 | 54.00 | $200.00 | MONTHLY | JUAN JOSE HERNANDEZ AGOSTO | 7/2/2015 | |
| 12/6/2019 | end of plan | $0.00 | MONTHLY | JUAN JOSE HERNANDEZ AGOSTO | 7/2/2015 | |

### Forgive Information

| Date | Amount | Description |
|---|---|---|
| | | |

**Payments Expected for Step 1:**

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 12/6/2014 | 1/5/2015 | $500.00 | $500.00 |
| 2 | 1/6/2015 | 2/5/2015 | $500.00 | $1,000.00 |
| 3 | 2/6/2015 | 3/5/2015 | $500.00 | $1,500.00 |
| 4 | 3/6/2015 | 4/5/2015 | $500.00 | $2,000.00 |
| Total | | | | $2,000.00 |

**Payments Expected for Step 2:**

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 4/6/2015 | 5/5/2015 | $200.00 | $200.00 |
| Total | | | | $200.00 |

**Payments Expected for Step 3:**

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 5/6/2015 | 6/5/2015 | $0.00 | $0.00 |
| Total | | | | $0.00 |

**Payments Expected for Step 4:**

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 6/6/2015 | 7/5/2015 | $200.00 | $200.00 |
| 2 | 7/6/2015 | 8/5/2015 | $200.00 | $400.00 |
| 3 | 8/6/2015 | 9/5/2015 | $200.00 | $600.00 |
| 4 | 9/6/2015 | 10/5/2015 | $200.00 | $800.00 |
| 5 | 10/6/2015 | 11/5/2015 | $200.00 | $1,000.00 |
| 6 | 11/6/2015 | 12/5/2015 | $200.00 | $1,200.00 |
| 7 | 12/6/2015 | 1/5/2016 | $200.00 | $1,400.00 |
| 8 | 1/6/2016 | 2/5/2016 | $200.00 | $1,600.00 |
| 9 | 2/6/2016 | 3/5/2016 | $200.00 | $1,800.00 |
| 10 | 3/6/2016 | 4/5/2016 | $200.00 | $2,000.00 |
| 11 | 4/6/2016 | 5/5/2016 | $200.00 | $2,200.00 |
| 12 | 5/6/2016 | 6/5/2016 | $200.00 | $2,400.00 |
| 13 | 6/6/2016 | 7/5/2016 | $200.00 | $2,600.00 |
| 14 | 7/6/2016 | 8/5/2016 | $200.00 | $2,800.00 |
| 15 | 8/6/2016 | 9/5/2016 | $200.00 | $3,000.00 |
| 16 | 9/6/2016 | 10/5/2016 | $200.00 | $3,200.00 |
| 17 | 10/6/2016 | 11/5/2016 | $200.00 | $3,400.00 |
| 18 | 11/6/2016 | 12/5/2016 | $200.00 | $3,600.00 |
| 19 | 12/6/2016 | 1/5/2017 | $200.00 | $3,800.00 |
| 20 | 1/6/2017 | 2/5/2017 | $200.00 | $4,000.00 |
| 21 | 2/6/2017 | 3/5/2017 | $200.00 | $4,200.00 |
| 22 | 3/6/2017 | 4/5/2017 | $200.00 | $4,400.00 |
| 23 | 4/6/2017 | 5/5/2017 | $200.00 | $4,600.00 |
| 24 | 5/6/2017 | 6/5/2017 | $200.00 | $4,800.00 |
| 25 | 6/6/2017 | 7/5/2017 | $200.00 | $5,000.00 |
| 26 | 7/6/2017 | 8/5/2017 | $200.00 | $5,200.00 |
| 27 | 8/6/2017 | 9/5/2017 | $200.00 | $5,400.00 |
| 28 | 9/6/2017 | 10/5/2017 | $200.00 | $5,600.00 |
| 29 | 10/6/2017 | 11/5/2017 | $200.00 | $5,800.00 |
| 30 | 11/6/2017 | 12/5/2017 | $200.00 | $6,000.00 |
| 31 | 12/6/2017 | 1/5/2018 | $200.00 | $6,200.00 |
| 32 | 1/6/2018 | 2/5/2018 | $200.00 | $6,400.00 |
| 33 | 2/6/2018 | 3/5/2018 | $200.00 | $6,600.00 |
| 34 | 3/6/2018 | 4/5/2018 | $200.00 | $6,800.00 |
| 35 | 4/6/2018 | 5/5/2018 | $200.00 | $7,000.00 |
| 36 | 5/6/2018 | 6/5/2018 | $200.00 | $7,200.00 |
| 37 | 6/6/2018 | 7/5/2018 | $200.00 | $7,400.00 |
| 38 | 7/6/2018 | 8/5/2018 | $200.00 | $7,600.00 |
| 39 | 8/6/2018 | 9/5/2018 | $200.00 | $7,800.00 |
| 40 | 9/6/2018 | 10/5/2018 | $200.00 | $8,000.00 |
| 41 | 10/6/2018 | 11/5/2018 | $200.00 | $8,200.00 |
| 42 | 11/6/2018 | 12/5/2018 | $200.00 | $8,400.00 |
| 43 | 12/6/2018 | 1/5/2019 | $200.00 | $8,600.00 |
| 44 | 1/6/2019 | 2/5/2019 | $200.00 | $8,800.00 |
| 45 | 2/6/2019 | 3/5/2019 | $200.00 | $9,000.00 |
| 46 | 3/6/2019 | 4/5/2019 | $200.00 | $9,200.00 |
| 47 | 4/6/2019 | 5/5/2019 | $200.00 | $9,400.00 |
| 48 | 5/6/2019 | 6/5/2019 | $200.00 | $9,600.00 |
| 49 | 6/6/2019 | 7/5/2019 | $200.00 | $9,800.00 |
| 50 | 7/6/2019 | 8/5/2019 | $200.00 | $10,000.00 |
| 51 | 8/6/2019 | 9/5/2019 | $200.00 | $10,200.00 |
| 52 | 9/6/2019 | 10/5/2019 | $200.00 | $10,400.00 |
| 53 | 10/6/2019 | 11/5/2019 | $200.00 | $10,600.00 |
| 54 | 11/6/2019 | 12/5/2019 | $200.00 | $10,800.00 |
| Total | | | | $10,800.00 |

**Payments Expected for Step 5:**

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | 12/6/2019 | 1/5/2020 | | $0.00 | $0.00 |
| 2 | 1/6/2020 | 2/5/2020 | | $0.00 | $0.00 |
| 3 | 2/6/2020 | 3/5/2020 | | $0.00 | $0.00 |
| 4 | 3/6/2020 | 4/5/2020 | | $0.00 | $0.00 |
| 5 | 4/6/2020 | 5/5/2020 | | $0.00 | $0.00 |
| Total | | | | | $0.00 |

Breakdown for Combined Schedules

| Period | Date (Month/Year) | Payment Due | Payment Received | Forgive Amount | Amount Due |
|---|---|---|---|---|---|
| 1 | 12/2014 | $500.00 | $500.00 | | $0.00 |
| 2 | 1/2015 | $500.00 | $500.00 | | $0.00 |
| 3 | 2/2015 | $500.00 | $500.00 | | $0.00 |
| 4 | 3/2015 | $500.00 | $500.00 | | $0.00 |
| 5 | 4/2015 | $200.00 | | | $200.00 |
| 6 | 5/2015 | $0.00 | | | $200.00 |
| 7 | 6/2015 | $200.00 | $400.00 | | $0.00 |
| 8 | 7/2015 | $200.00 | | | $200.00 |
| 9 | 8/2015 | $200.00 | | | $400.00 |
| 10 | 9/2015 | $200.00 | $800.00 | | ($200.00) |
| 11 | 10/2015 | $200.00 | | | $0.00 |
| 12 | 11/2015 | $200.00 | $200.00 | | $0.00 |
| 13 | 12/2015 | $200.00 | | | $200.00 |
| 14 | 1/2016 | $200.00 | | | $400.00 |
| 15 | 2/2016 | $200.00 | $200.00 | | $400.00 |
| 16 | 3/2016 | $200.00 | $600.00 | | $0.00 |
| 17 | 4/2016 | $200.00 | | | $200.00 |
| 18 | 5/2016 | $200.00 | $400.00 | | $0.00 |
| 19 | 6/2016 | $200.00 | | | $200.00 |
| 20 | 7/2016 | $200.00 | $400.00 | | $0.00 |
| 21 | 8/2016 | $200.00 | | | $200.00 |
| 22 | 9/2016 | $200.00 | $400.00 | | $0.00 |
| 23 | 10/2016 | $200.00 | | | $200.00 |
| 24 | 11/2016 | $200.00 | $400.00 | | $0.00 |
| 25 | 12/2016 | $200.00 | | | $200.00 |
| 26 | 1/2017 | $200.00 | $400.00 | | $0.00 |
| 27 | 2/2017 | $200.00 | $200.00 | | $0.00 |
| 28 | 3/2017 | $200.00 | $200.00 | | $0.00 |
| 29 | 4/2017 | $200.00 | $200.00 | | $0.00 |
| 30 | 5/2017 | $200.00 | $200.00 | | $0.00 |
| 31 | 6/2017 | $200.00 | | | $200.00 |
| 32 | 7/2017 | $200.00 | $200.00 | | $200.00 |
| 33 | 8/2017 | $200.00 | $200.00 | | $200.00 |
| 34 | 9/2017 | $200.00 | $200.00 | | $200.00 |
| 35 | 10/2017 | $200.00 | | | $400.00 |
| 36 | 11/2017 | $200.00 | $401.00 | | $199.00 |
| 37 | 12/2017 | $200.00 | $200.00 | | $199.00 |
| 38 | 1/2018 | $200.00 | $200.00 | | $199.00 |
| 39 | 2/2018 | $200.00 | $199.00 | | $200.00 |
| 40 | 3/2018 | $200.00 | | | $400.00 |
| 41 | 4/2018 | $200.00 | $400.00 | | $200.00 |
| 42 | 5/2018 | $200.00 | | | $400.00 |

Total Delinquent Amount: $400.00

## PAYMENT SCHEDULES - CASE 14-09225

Which Debtor: **JUAN JOSE HERNANDEZ AGOSTO**

Schedule Number: 1

| Start Date | Number Periods | Amount | How Often | Who's Paying | Order Date | Action |
|---|---|---|---|---|---|---|
| 12/6/2014 | 4.00 | $500.00 | MONTHLY | JUAN JOSE HERNANDEZ AGOSTO | 11/13/2014 | |
| 4/6/2015 | 1.00 | $200.00 | MONTHLY | JUAN JOSE HERNANDEZ AGOSTO | 7/2/2015 | |
| 5/6/2015 | 1.00 | $0.00 | MONTHLY | JUAN JOSE HERNANDEZ AGOSTO | 7/2/2015 | |
| 6/6/2015 | 54.00 | $200.00 | MONTHLY | JUAN JOSE HERNANDEZ AGOSTO | 7/2/2015 | |
| 12/6/2019 | end of plan | $0.00 | MONTHLY | JUAN JOSE HERNANDEZ AGOSTO | 7/2/2015 | |

Click to View Debtor schedules.

Breakdown for Combined Schedules

| Period | Date (Month/Year) | Payment Due | Payment Received | Forgive Amount | Amount Due |
|---|---|---|---|---|---|
| 1 | 12/2014 | $500.00 | $500.00 | | $0.00 |
| 2 | 1/2015 | $500.00 | $500.00 | | $0.00 |
| 3 | 2/2015 | $500.00 | $500.00 | | $0.00 |
| 4 | 3/2015 | $500.00 | $500.00 | | $0.00 |
| 5 | 4/2015 | $200.00 | | | $200.00 |
| 6 | 5/2015 | $0.00 | | | $200.00 |
| 7 | 6/2015 | $200.00 | $400.00 | | $0.00 |
| 8 | 7/2015 | $200.00 | | | $200.00 |
| 9 | 8/2015 | $200.00 | | | $400.00 |
| 10 | 9/2015 | $200.00 | $800.00 | | ($200.00) |
| 11 | 10/2015 | $200.00 | | | $0.00 |
| 12 | 11/2015 | $200.00 | $200.00 | | $0.00 |
| 13 | 12/2015 | $200.00 | | | $200.00 |
| 14 | 1/2016 | $200.00 | | | $400.00 |
| 15 | 2/2016 | $200.00 | $200.00 | | $400.00 |
| 16 | 3/2016 | $200.00 | $600.00 | | $0.00 |
| 17 | 4/2016 | $200.00 | | | $200.00 |
| 18 | 5/2016 | $200.00 | $400.00 | | $0.00 |
| 19 | 6/2016 | $200.00 | | | $200.00 |
| 20 | 7/2016 | $200.00 | $400.00 | | $0.00 |
| 21 | 8/2016 | $200.00 | | | $200.00 |
| 22 | 9/2016 | $200.00 | $400.00 | | $0.00 |
| 23 | 10/2016 | $200.00 | | | $200.00 |
| 24 | 11/2016 | $200.00 | $400.00 | | $0.00 |
| 25 | 12/2016 | $200.00 | | | $200.00 |

Attachment B

| # | Date | | | |
|---|---|---|---|---|
| 26 | 1/2017 | $200.00 | $400.00 | $0.00 |
| 27 | 2/2017 | $200.00 | $200.00 | $0.00 |
| 28 | 3/2017 | $200.00 | $200.00 | $0.00 |
| 29 | 4/2017 | $200.00 | $200.00 | $0.00 |
| 30 | 5/2017 | $200.00 | $200.00 | $0.00 |
| 31 | 6/2017 | $200.00 | | $200.00 |
| 32 | 7/2017 | $200.00 | $200.00 | $200.00 |
| 33 | 8/2017 | $200.00 | $200.00 | $200.00 |
| 34 | 9/2017 | $200.00 | $200.00 | $200.00 |
| 35 | 10/2017 | $200.00 | | $400.00 |
| 36 | 11/2017 | $200.00 | $401.00 | $199.00 |
| 37 | 12/2017 | $200.00 | $200.00 | $199.00 |
| 38 | 1/2018 | $200.00 | $200.00 | $199.00 |
| 39 | 2/2018 | $200.00 | $199.00 | $200.00 |
| 40 | 3/2018 | $200.00 | | $400.00 |
| 41 | 4/2018 | $200.00 | $400.00 | $200.00 |
| 42 | 5/2018 | $200.00 | | $400.00 |
| 43 | 6/2018 | $200.00 | $400.00 | $200.00 |
| 44 | 7/2018 | $200.00 | | $400.00 |

**Total Delinquent Amount: $400.00**

Department of Defense Manpower Data Center Results as of : Jul-30-2018 01:26:24 PM

SCRA 4.6



**Status Report**
**Pursuant to Servicemembers Civil Relief Act**

SSN:
Birth Date: Oct-XX-1989
Last Name: HERNANDEZ AGOSTO
First Name: JUAN
Middle Name: J
Status As Of: Jul-30-2018
Certificate ID: Y6JZ0287J9VZHGL

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty. HOWEVER, WITHOUT A SOCIAL SECURITY NUMBER, THE DEPARTMENT OF DEFENSE MANPOWER DATA CENTER CANNOT AUTHORITATIVELY ASSERT THAT THIS IS THE SAME INDIVIDUAL THAT YOUR QUERY REFERS TO. NAME AND DATE OF BIRTH ALONE DO NOT UNIQUELY IDENTIFY AN INDIVIDUAL.

*Michael V. Sorrento* (signature)

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA 93955

*Attachment C*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 14-09225-ESL13<br>District of Puerto Rico<br>Old San Juan<br>Thu May 31 08:20:37 AST 2018 | FIRSTBANK PR<br>PO BOX 9146<br>SAN JUAN, PR 00908-0146 | RELIABLE FINANCIAL SERVICES<br>PO BOX 21382<br>SAN JUAN, PR 00928-1382 |
| US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | 01 Dish Network<br>1327 Highway 2 Wes<br>Kalispell, MT 59901 | 11 Dish Network<br>Po Box 57547<br>Jacksonville, FL 32241-7547 |
| Dpto Transportacion Y Obras Publicas<br>PO Box 41269<br>San Juan, PR 00940-1269 | EASTERN AMERICA INSURANCE AGENCY<br>PO BOX 9023862<br>SAN JUAN PR 00902-3862 | Enhancrcvrco<br>PO Box 57547<br>Jacksonville, FL 32241-7547 |
| FIRSTBANK<br>CONSUMER SERVICE CENTER<br>BANKRUPTCY DIVISION- CODE 248<br>PO BOX 9146,SAN JUAN, PR 00908-0146 | First Bank De Puerto Rico<br>PO Box 9146<br>San Juan, PR 00908-0146 | (p)STELLAR RECOVERY INC<br>PO BOX 48370<br>JACKSONVILLE FL 32247-8370 |
| US Dept of Education<br>Claims Filing Unit<br>PO Box 8973<br>Madison, WI 53708-8973 | West Financial<br>PAN AM<br>PO Box 659705<br>San Antonio, TX 78265-9705 | ALEJANDRO OLIVERAS RIVERA<br>ALEJANDRO OLIVERAS CHAPTER 13 TRUS<br>PO BOX 9024062<br>SAN JUAN, PR 00902-4062 |
| JUAN JOSE HERNANDEZ AGOSTO<br>URB BONNEVILLE HEIGHT<br>87 CALLE CAYEY<br>CAGUAS, PR 00727-4903 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901 | ROBERTO FIGUEROA CARRASQUILLO<br>PO BOX 186<br>CAGUAS, PR 00726-0186 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| (d)RELIABLE FINANCIAL SERVICES, INC.<br>P.O. BOX 21382<br>SAN JUAN, PR 00928-1382 | Stellar Rec<br>1327 US Highway 2 W<br>Kalispell, MT 59901-3413 | End of Label Matrix<br>Mailable recipients 17<br>Bypassed recipients 0<br>Total 17 |